

Cyril V. Smith
Zuckerman Spaeder LLP
csmith@zuckerman.com
(410) 949-1145

May 22, 2020

**VIA CM-ECF**

Hon. Catherine C. Blake
United States District Judge
United States District Court for the District of Maryland
101 West Lombard Street
Chambers 7D
Baltimore, MD 21201

> Re: *Fire and Police Retiree Health Care Fund, San Antonio v. David D. Smith, et al.*, Civil No. CCB-18-3670

Dear Judge Blake:

    We are counsel for Plaintiffs, but we write on behalf of all parties to update the Court on the confidential mediation session the parties participated in with Robert A Meyer, Esq. of JAMS on May 14, 2020.

    The parties were unable to conclude their negotiations following the May 14, 2020 mediation session; however, the parties have agreed to participate in a second mediation session on May 27, 2020 with the same mediator. Accordingly, we continue to believe that an amended scheduling order is unnecessary at this time, but the matter should be revisited if the May 27 mediation session proves unsuccessful.

    Subject to this Court's approval, the parties propose to provide a joint confidential status report to the Court on mediation by June 3, indicating whether the mediation has concluded or not, and if so, successfully or unsuccessfully. If the mediation is unsuccessful, Defendants agree to respond to Plaintiffs' letter motion dated March 13, 2020 within a week of the filing of the confidential status report. In that case, the parties will also meet and confer about a scheduling order and will then submit either a joint or competing proposals within a week of said notice.

    Thank you for your consideration in connection with this matter. We would be pleased to provide any additional information the Court might require.

100 E. PRATT ST., SUITE 2440, BALTIMORE, MD 21202-1031  |  T **410.332.0444**  |  F **410.659.0436**

ZUCKERMAN SPAEDER LLP  |  WASHINGTON, DC  |  NEW YORK  |  TAMPA  |  BALTIMORE

7257109.1

       Respectfully submitted,

       */s/ Cyril V. Smith*

       Cyril V. Smith

cc:    All counsel of record (via CM-ECF)