

Cyril V. Smith
Zuckerman Spaeder LLP
csmith@zuckerman.com
(410) 949-1145

July 23, 2020

**VIA CM-ECF AND FEDERAL EXPRESS**

Hon. Catherine C. Blake
United States District Judge
United States District Court for the District of Maryland
101 West Lombard Street
Chambers 7D
Baltimore, MD 21201

    Re: *Fire and Police Retiree Health Care Fund, San Antonio v. David D. Smith, et al.*, Civil No. CCB-18-3670

Dear Judge Blake:

    Attached is a courtesy copy of Plaintiffs' motion for preliminary approval of the settlement of the above-captioned action. Plaintiffs are pleased to inform the Court that the parties reached agreement on this settlement after protracted, arm's-length negotiations with the assistance of a nationally recognized JAMS Mediator, Robert Meyer. A copy of the Stipulation and Agreement of Settlement, Compromise and Release (the "Settlement Agreement") is attached to Plaintiffs' motion as Exhibit 1.

    As more fully set forth in the motion, the Settlement provides far-reaching benefits to Sinclair and its shareholders, including substantial corporate governance reforms along with nearly $25 million in financial recovery. The parties respectfully request that the Court enter the proposed Order Preliminarily Approving Settlement and Providing for Notice, which would preliminarily approve the settlement and direct publication of notice to shareholders.

    Plaintiffs also request that the Court schedule a final settlement hearing at least 60 days after the entry of the Order Preliminarily Approving Settlement and Providing for Notice to (a) entertain any comments on or objections to final approval of the Settlement and (b) consider the application of Plaintiffs' counsel for an award of attorneys' fees and expenses, as well as Plaintiff Incentive Awards. This requested relief is set forth in the proposed order attached as Exhibit 1-B to Plaintiffs' motion and has been emailed to chambers in Word version. Defendants support entry of the proposed order in the form submitted to the Court.

    If it is possible, consistent with the Court's schedule, to set a final approval hearing in the range of 60-90 days from preliminary approval, the parties would certainly appreciate it.

**100 E. PRATT ST., SUITE 2440, BALTIMORE, MD 21202-1031  |  T 410.332.0444  |  F 410.659.0436**
ZUCKERMAN SPAEDER LLP  |  WASHINGTON, DC  |  NEW YORK  |  TAMPA  |  BALTIMORE

7317514.1

      Thank you for your consideration in connection with this matter. We would be pleased to provide any additional information the Court might require.

                Respectfully submitted,

                */s/ Cyril V. Smith*

                Cyril V. Smith

cc:    All counsel of record (via CM-ECF)